INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

*Plaintiff*

vs.

**FRANKLIN DRYWALL LLC**

*Defendant*

UNITED STATES DISTRICT COURT
District of Columbia
Docket / Index # 1:05CV02354

**AFFIDAVIT**

**Person to be served:**
Franklin Drywall LLC **at:** Franklin Drywall LLC, 25 Woodlands Hills Drive, Sussex, NJ 07461

**Attorney:**

Cost of Service Pursuant to R. 4:4-3(c)

$_____

**Papers Served:**
Summons in a Civil Case and Complaint

**Service Data:**
Served Successfully __X__   Not Served _____

**Date:** December 29, 2005   **Time:** 6:10 PM

**Attempts:** 0

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and Relationship / Title:**

Scott Franklin, Principal

**Description of Person Accepting Service:**
Sex: **Male**  Age: **35-38**  Height: **5' 10"**  Weight: **190-200 lbs**  Skin Color: **Caucasian**  Hair Color: **Black**

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
   _____ Date _____ Time
( ) Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
9th day of Jan 2006
_____
Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2008

I, **Scott S. DiSpirito**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Scott S. DiSpirito, Process Server

**Legal Errands Inc**
1313 Race Street
Philadelphia, PA 19107

Job #13745
Affidavit of Service (9/30/02)

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/29/2005 |
| NAME OF SERVER *(PRINT)* Scott DiSpirito | TITLE Process Specialist |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   Franklin Drywall LLC, 25 Woodlands Drive, Sussex, New Jersey 07461

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:
   Scott Franklin - Principal of Franklin Drywall LLC

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/30/2005
                    Date                    *Signature of Server*

58 Main Street, Hackensack, New Jersey 07601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.