UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-2354 (ESH) |
| FRANKLIN DRYWALL, LLC, | : : | |
| Defendant. | : : : | |

### ORDER

While proof of service of process in this case was accomplished on December 29, 2005, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 30th day of January, 2006, hereby

**ORDERED** that by no later than February 13, 2006, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

                           _____s/_____
                           ELLEN SEGAL HUVELLE
                           United States District Judge