IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN DRYWALL, LLC <br><br> Defendant | ) ) ) ) ) CIVIL ACTION NO. 05-02354(ESH) ) ) ) ) ) |

**REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendant, Franklin Drywall, LLC, for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Affidavit of Sanford G. Rosenthal.

                                              Respectfully submitted,

                                              JENNINGS SIGMOND, P.C.

                                              BY:/s/     Sanford G. Rosenthal
                                              SANFORD G. ROSENTHAL, ESQUIRE
                                              (I.D. NO. 478737)
                                              The Penn Mutual Towers, 16th Floor
                                              510 Walnut Street, Independence Square
                                              Philadelphia, PA 19106-3683
                                              (215) 351-0611
Date: <u>February 7, 2006</u>               Attorney for Plaintiff

164375-1