## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

>Franklin Drywall, LLC
>25 Woodlands Drive
>Sussex, NJ 07461

Date: <u>February 7, 2006</u>        BY:/s/    <u>Sanford G. Rosenthal</u>
                                SANFORD G. ROSENTHAL, ESQUIRE

164375-1