UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN DRYWALL, LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-2354<br>: (ESH)<br>:<br>:<br>:<br>: |

## ORDER

Default having been entered by the Clerk of Court on February 8, 2006, it is this 9th day of February, 2006, hereby

**ORDERED** that plaintiff shall move for default judgment on or before February 24, 2006 or the Court will dismiss this action for lack of prosecution pursuant to LCvR 83.23.


                                                                                                                                 s/
                                             ELLEN SEGAL HUVELLE
                                             United States District Judge