IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>        Plaintiff,<br>v.<br><br>FRANKLIN DRYWALL, LLC<br><br>        Defendant | CIVIL ACTION NO. 05-02354(ESH) |

## MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendant, Franklin Drywall, LLC ("Company" or "Defendant"), in the amount of $37,286.89. On February 7, 2006, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on February 8, 2006.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Sanford G. Rosenthal (attached as Exhibit 2), and a proposed default judgment.

                                Respectfully submitted,

                                JENNINGS SIGMOND, P.C.

                                s/Sanford G. Rosenthal
                                SANFORD G. ROSENTHAL, ESQUIRE
                                (I.D. NO. 478737)
                                The Penn Mutual Towers, 16th Floor
                                510 Walnut Street, Independence Square
                                Philadelphia, PA 19106-3683
                                (215) 351-0611
Date: February 16, 2006           Attorneys for Plaintiff

161193-1