IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br>v. )<br>)<br>FRANKLIN DRYWALL, LLC )<br>)<br>Defendant ) | CIVIL ACTION NO. 05-02354(ESH) |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE

Sanford G. Rosenthal, Esquire, declares on penalty of perjury under the laws of the United States as follows:

1. I am a shareholder in the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I graduated from The Dickinson School of Law in 1983 and was admitted as a member of the Bar of the District of Columbia on August 5, 2002. I have been a member of the Pennsylvania Bar since 1983. I have represented employee benefit plans such as the Pension Fund since 1983. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through February 17, 2006.

2. Attached as Exhibit 3 is an itemized statement detailing the attorney's fees and costs incurred by the Pension Fund through February 17, 2006, in connection with collecting

161193-1


EXHIBIT 2

delinquent contributions and other amounts from Defendant. Based upon my review of Exhibit 3, the Fund has incurred $3,790.72 in attorneys' fees and costs.

                    I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date: February 16, 2006         s/Sanford G. Rosenthal
                                      SANFORD G. ROSENTHAL, ESQUIRE

164803-1