IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 05-02354(ESH) |
| v. | ) ) | |
| FRANKLIN DRYWALL, LLC | ) ) ) | |
| Defendant | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES –February 2006**

| Jessica L. Tortella, Esquire | JLT | Catherine T. Morton, Paralegal | CTM |
|---|---|---|---|
| Sanford G. Rosenthal, Esquire | SGR | | |

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Time</u> |
|---|---|---|---|
| 2/1/06 | JLT | Preparation of Litigation Status Memo | 0.6 |
| 2/7/06 | JLT | Preparation of Request for Clerk's Entry of Default<br>Preparation of Correspondence to T. Montemore<br>Review Documents | 0.6 |
| 2/8/06 | JLT | Review of Order | 0.1 |
| 2/13/06 | JLT | Review Audit Report<br>Preparation of Correspondence to V. McGlone | 0.4 |
| 2/16/06 | JLT | Preparation of Default Motion;<br>Review of Correspondence from P. Gilbert<br>Preparation of Exhibits; Review and Revision of<br>Default Motion; Phone Conference with T. Montemore<br>Calculation of Attorneys' Fees and Cost<br>Preparation of Supporting Affidavits<br>Preparation of Correspondence to T. Montemore | 4.6 |
| 2/17/06 | SGR | Review and Revision of Default Motion | <u>0.4</u> |
| | | **Total:** | **6.7** |

161193-1

EXHIBIT 3

**February 2006 Summary**

| | | |
|---|---|---|
| JLT | 6.3 Hrs x $200.00 = | $ 1,260.00 |
| SGR | 0.4 Hrs x $200.00 = | $      80.00 |
| | Total | $ 1,340.00 |

Costs incurred 11/05-1/06   =   $ 622.72
Fees incurred  11/05-1/06   =   $ 1,828.00

**Grand Total:**   $ 3,790.72

# Jennings Sigmond, P.C.
# Time And Expense Details

Beginning To End

| Report ID: OT2025 - 3248 | | | | | | | Printed By  MHT |
| Thursday, February 16, 2006 | | | | | | | Page  1 |

| Client | Client Reporting Name | Matter | Matter Reporting Name | | | | Billing Timekeeper |
|---|---|---|---|---|---|---|---|
| OTINTF | IUPAT Industry Pension Fund | 27629 | Franklin Drywall, LLC | | | | Sigmond, Richard B. |

## Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/5/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with R. Moore (x3) Phone Conference with J. Zimmerman (x2) Phone Conference with T. Montemore |
| 1/6/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Affidavit of Service |
| 1/11/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Letter from J. Zimmerman |
| 1/18/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Affidavits of Service |
| 1/27/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Bill Preparation of Litigation Status Report |
| 1/30/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Order |

### Unbilled Time Totals
2.40   2.40   $454.00

## Unbilled Expenses

| Date | Amount | Exp Code | | Narrative |
|---|---|---|---|---|
| 1/1/2006 | $72.90 | CRDB | | Computer Research - Dun & Bradstreet |
| 1/1/2006 | $72.90 | CRDB | | Computer Research - Dun & Bradstreet |
| 1/1/2006 | $72.90 | CRDB | | Computer Research - Dun & Bradstreet |
| 1/19/2006 | $0.56 | COPY | | Photocopies |
| 1/26/2006 | $120.00 | 7100 | | Service Fee |
| 1/27/2006 | $0.56 | COPY | | Photocopies |

### Unbilled Expenses Totals
$339.82

## Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 11/22/2005 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case Review of Documents Preparation of Litigation Memo |
| 12/6/2005 | JLT | 2.20 | 2.20 | 200.00 | $440.00 | | | Review of File Documents Computer Research Regarding Company's Business Status Review of Dunn & Bradstreet Report Preparation of Complaint |
| 12/12/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 12/20/2005 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Correspondence from T. Montemore (x3) Preparation of Correspondence to T. Montemore (x3) |

Report ID: OT2025 - 3248  
Thursday, February 16, 2006

## Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT  
Page 2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 12/22/2005 | JLT | 2.40 | 2.40 | 200.00 | $480.00 | | | Review of Correspondence from T. Montemore<br>Review of Letter from J. Zimmerman<br>Review of Documents<br>Phone Conference with T. Montemore<br>Review of Collective Bargaining Agreement |
| 12/27/2005 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with T. Montemore<br>Review of CBA |
| 12/28/2005 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Phone Conference with T. Montemore<br>Preparation of Documents<br>Preparation of Letter to J. Zimmerman |

**Billed Time Totals**    7.00    7.00    $1,374.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 12/1/2005 | $250.00 | 7100 | FILING FEE - COMPLAINT |
| 12/1/2005 | $13.44 | PO | Postage Charges |
| 12/1/2005 | $2.67 | PO | Postage Charges |
| 12/7/2005 | $0.21 | COPY | Photocopies |
| 12/10/2005 | $12.33 | SD | Special Delivery |
| 12/28/2005 | $4.25 | FAX | Fax Charges |

**Billed Expenses Totals**    $282.90

### Report Totals

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 9.40 | 9.40 | $1,828.00 | $622.72 | $2,450.72 |

*** End Of Report ***