## CERTIFICATE OF SERVICE

I hereby certify this 17th of February 2006 that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Franklin Drywall, LLC
25 Woodlands Drive
Sussex, NJ 07461

and

James C. Zimmerman, Esquire
316 State Route 94
Vernon NJ 07462-3204

DATE: February 17, 2006                 s/ Sanford G. Rosenthal
                                        SANFORD G. ROSENTHAL, ESQUIRE

161193-1