UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, : : : : Plaintiff, : : v. : : : FRANKLIN DRYWALL, LLC, : : Defendant. : : | Civil Action No.  05-2354 (ESH) |

## ORDER

It is hereby **ORDERED** that plaintiff's motion for entry of default judgment is **GRANTED.**  Within 20 days of the date of this Order defendant shall pay plaintiff the amount of $37,286.89, pursuant to 29 U.S.C. § 1132(g)(2); and it is

**FURTHER ORDERED** that defendant file complete, proper, and timely remittance reports with appropriate pension contributions when obligated to do so under the collective bargaining agreement(s); and it is

**FURTHER ORDERED** that within 15 days of a request by plaintiff or its representative, defendant make its payroll books and related records available to plaintiff to audit the remittance reports for the relevant period; it is

**FURTHER ORDERED** that judgment shall be entered for plaintiff and the complaint dismissed.

                                                                                           s/
                                               ELLEN SEGAL HUVELLE
                                               United States District Judge

Date:   February 22, 2006